[No. 21500-4-II.    Division Two.    October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOELLIA F. CHAMBERS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00977-4, M. Karlyn Haberly, J., entered January 6, 1997. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.

[No. 21515-2-II.    Division Two.    October 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMETRIUS A. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-8-01200-2, Karen B. Conoley, J., entered December 20, 1996. *Remanded* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 37981-0-I.    Division One.    October 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LATRICE L. SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04020-5, Janice Niemi, J., entered December 4, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 38857-6-I.    Division One.    October 6, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. D.H.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-01785-1, Michael Spearman, J., entered May 22, 1996. *Affirmed* by unpublished per curiam opinion.